UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KERRY CHUBBUCK,<br>Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. & FMR CORPORATION,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-408 ML |

**ENTRY OF APPEARANCE**

Neal J. McNamara and Robert J. Crohan Jr. hereby enter their appearance on behalf of Fidelity Investments Institutional Services Company and FMR Corporation in the above-captioned action.

DEFENDANTS,

FIDELITY INVESTMENTS
INSTITUTIONAL SERVICES COMPANY,
ET AL. AND FMR CORPORATION,

By its attorneys,

HOLLAND & KNIGHT LLP

Neal J. McNamara #4249
Robert J. Crohan Jr. #6516
One Financial Plaza – Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of October, 2005 a copy of the foregoing was mailed to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

\# 3309082_v1