UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KERRY CHUBBUCK,<br>Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. &<br>FMR CORPORATION,<br>Defendants. | ) | C.A. No. 05-408 ML |

**WITHDRAWAL OF APPEARANCE**

Robert J. Crohan Jr., Esquire hereby withdraws his appearance on behalf of the Defendants in this action. Attorney Neal J. McNamara, Esquire will continue to represents the Defendants.

Robert J. Crohan Jr., Esquire
One Financial Plaza, Suite 1800
Providence, RI 02903-0819
Tel: 401-553-6821

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2006, I served a true and correct copy of the foregoing document by mail to:

Stephen T. Fanning, Esquire
305 S. Main Street
Providence, RI 02903

Neal J. McNamara, Esquire
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903