UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KERRY CHUBBUCK, Plaintiff | : | |
| v. | : | C.A. No. 05-408 ML |
| FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC., and FMR CORPORATION, Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Matthew J. Frankel, hereby enter my appearance on behalf of Defendants Fidelity Investments Institutional Services Co., Inc., and FMR Corp. in the above-captioned matter.

Respectfully submitted,
DEFENDANTS FIDELITY INVESTMENTS INSTITUTIONAL SERVICES CO., INC., and FMR CORP.

By their attorneys,

NIXON PEABODY LLP

Matthew J. Frankel (#7293)
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent, via first class mail, postage prepaid, a true and accurate copy of the within Entry of Appearance to Stephen T. Fanning, 305 South Main Street, Providence, RI 02903, this 25 day of April, 2006.

Michele Biagetti