UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KERRY CHUBBUCK,
Plaintiff,

v.

FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. and FMR CORPORATION,
Defendants.

C.A. No. 05-408ML

FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Kerry Chubbuck (hereinafter "Chubbuck") and Defendant Fidelity Investments, Inc. (hereinafter "Fidelity") hereby jointly move to extend the discovery period to September 15, 2006. The reason for the extension is that summer vacation schedules have made completion of discovery impossible. No further extensions will be necessary.

PLAINTIFF, KERRY CHUBBUCK

By his attorney,

Stephen T. Fanning, Esq.(#3900)
305 South Main Street
Providence, RI 02903
Tel. (401) 272-8250
Fax. (401) 272-4520

DATED: July 17, 2006

DEFENDANTS, FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. and FMR CORPORATION,

By their attorneys,

Neal J. McNamara (#4249)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel. (401) 454-1000
Fax. (401) 454-1030
E-Mail: nmcnamara@nixonpeabody.com

Granted. Mary M. Lisi USDJ 7/20/06

10047757.1

## CERTIFICATION

I hereby certify that a true and complete copy of the within Joint Motion to Extend Discovery was served upon Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 on July 17, 2006 by regular 1st class mail, postage prepaid.

Marilyn Lovely