UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KERRY CHUBBUCK<br>Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. and FMR CORPORATION,<br>Defendants. | ) | C.A. No. 05-408 ML |

**RE-NOTICE OF DEPOSITION**

TO:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, RI 02920

PLEASE TAKE NOTICE that on Wednesday, September 13, 2006 at 10:00 a.m. at the offices of Nixon Peabody LLP, One Citizens Plaza, Providence, RI 02903 and continuing from day to day until completed, Defendants will take the deposition of ***Kerry Chubbuck*** before a duly qualified Notary Public or other officer qualified to administer oaths. This deposition will be taken pursuant to Fed. R. Civ. P. 30, and will be recorded by stenographic means.

Respectfully submitted,

FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. AND FMR CORPORATION,
By its attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: September 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing RE-NOTICE OF DEPOSITION was served on Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 by first class mail this 5th day of September, 2006.

/s/Neal J. McNamara