UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KERRY CHUBBUCK,
Plaintiff,

C.A. No.05-408 ML

v.

FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. and FMR CORPORATION,
Defendants.

**MOTION TO EXTEND TIME FOR DISCOVERY**

Now comes Plaintiff and files this Motion to Extend the Time for Discovery in the above-referenced matter. The date currently scheduled for the close of discovery is September 15, 2006. Plaintiff seeks a 30-day extension of the discovery period until October 16, 2006, because Plaintiff has been experiencing certain medical problems which have impacted on the Parties' ability to schedule depositions including the Plaintiff's. Defendants do not object to this Motion.

Respectfully Submitted,

Plaintiff, Kerry Chubbuck

By Her Attorney,

Stephen T. Fanning

/s/ Stephen T. Fanning

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

Dated: September 12, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served upon Neal J. McNamara at Nixon Peabody LLP, One Citizens Plaza, 5th Floor, Providence, RI the within Motion to Extend Time for Discovery on this 12th day of September, 2006.

/s/ Stephen T. Fanning