# United States District Court

DISTRICT OF

Kerry Chubbuck

V.

Fidelity Institutional Services Company, Inc. & FMR Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 408ML

TO: (Name and address of defendant)

FMR Corporation
82 Devonshire Street
Boston, MA 02919

Registered Agent:
Diane Brown
82 Devonshire St
Mailzone F6B
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02806

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9/26/05

(BY) DEPUTY CLERK

83698

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE October 3, 2005 at 11:10 AM |
|---|---|
| NAME OF SERVER (PRINT) Arthur Montgomery | TITLE Constable, City of Boston |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: FMR Corporation at 82 Devonshire Street, F6B, Boston, MA 02109 by giving in hand to Bryan Kelligan, authorized agent in charge.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other (*specify*): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 3, 2005
*Date*

[signature]
*Signature of Server*
Arthur Montgomery
1895 Centre Street, Suite 202

*Address of Server*
Boston, MA 02132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.