# United States District Court

DISTRICT OF

Kerry Chubbuck

V.

Fidelity Institutional Services Company, Inc. & FMR Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 408 ML

TO: (Name and address of defendant)

Fidelity Investments Institutional Services, Inc.
Legal Department:Wendy B. Zazik
82 Devonshire Street F6B
Boston, MA 02109-3614

Registered Agent
Diane Brown
82 Devonshire St.
Mailzone F6B
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, Rhode Island 02806

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time afte' service.

CLERK

DATE 9/26/05

(BY) DEPUTY CLERK

83497

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>October 3, 2005 at 11:10 AM |
| NAME OF SERVER (PRINT)<br>Arthur Montgomery | TITLE<br>Constable, City of Boston |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Fidelity Investments Institutional Services, Inc. at 82 Devonshire Street F6B, Boston, MA 02109 by giving in hand to Bryan Kelligan, Authorized Agent in Charge.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other *(specify)*: ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 3, 2005
*Date*

*Signature of Server* Arthur Montgomery

*Address of Server* 1895 Centre Street, Suite 202
Boston, MA 02132

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.