UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KERRY CHUBBUCK,
Plaintiff

C.A. No.05-408 ML

v.

FIDELITY INVESTMENTS INSTITUTIONAL
SERVICES COMPANY, INC. and
FMR CORPORATION
Defendants

**PLAINTIFF'S MOTION TO EXEND TIME FOR DISCOVERY**

Now comes the Plaintiff and files this Motion to Extend the Time for Discovery in the above-referenced matter. The date currently scheduled for the close of discovery is October 16, 2006. The Plaintiff seeks a 30-day extension of the discovery period until November 17, 2006, for the reasons stated below. The Defendants assent to this Motion.

Plaintiff's counsel recently sustained a serious eye injury requiring emergency surgery, and a recuperative period, limiting his ability to read and to otherwise engage in normal business activities. This has impacted on the Parties' ability to schedule depositions and otherwise conclude the discovery process.

Respectfully Submitted,
Plaintiff,
Kerry Chubbuck
By Her Attorney,
Stephen T. Fanning

_/s/_______________________
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

Assented to by
Defendants,
Investments Institutional
Services Co., Inc. & FMR
Corp.
By its Attorney
Neal McNamara

/s/_________________
Neal McNamara #4249
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000/454-1030 fax