UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KERRY CHUBBUCK<br>Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. and FMR CORPORATION,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-408 ML |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

KERRY CHUBBUCK

By her Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903

Dated: December 15, 2006

FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. AND FMR CORP.

By Their Attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
nmcnamara@nixonpeabody.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation of Dismissal was served on Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 via electronic mail and by first class mail this 14th day of December, 2006.

/s/ Neal J. McNamara